IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WENDEL PULLEN**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #085058

v.　　　　　　　　　　CASE NO. 3:24-CV-00078-BSM

**JIMMY D. BRUCE, JR.,**
**Agent and Probation Officer,**
**Greene County**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE